COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Erin Broussard f/k/a Erin Arnel, Relator

Appellate case number:    01-18-00011-CV

Trial court case number:   16-DCV-233665

Trial court:                        328th District Court of Fort Bend County

On January 5, 2018, relator, Erin Broussard f/k/a Erin Arnel, filed a petition for writ of mandamus seeking to compel the respondent, the Honorable Walter Armatys, Associate Judge, to vacate his orders denying her motion to dismiss and denying her motion for reconsideration in the underlying modification proceeding. With the petition, relator also filed a motion for emergency stay of the underlying proceeding. *See* TEX. R. APP. P. 52.10(a). Relator contends that "an emergency stay to maintain the status quo of the parties" is needed because a trial has been "set for continuance o[n] January 8, 2018." Relator did not include a copy of the order setting the trial date as continued on January 8, 2018, or otherwise demonstrate why emergency relief is necessary. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **denies** relator's motion. The Court further requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2018